*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    -v.-                          :    08 Cr.

LENWORTH ALPHANSO GRANT,

               Defendant.    :

- - - - - - - - - - - - - - - - - - -x

**08 CRIM 144**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 20 2008

COUNT ONE

The Grand Jury charges:

In or about June 2006, in the Southern District of New York and elsewhere, LENWORTH ALPHANSO GRANT, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 20, 1995, in New York State Supreme Court, Bronx County, for Attempted Murder in the Second Degree, in violation of N.Y. Penal Law Sections 110/125.25, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

- v. -

**LENWORTH ALPHANSO GRANT,**

Defendant.

---

## INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Thomas P. Enga*
Foreperson.

---

*Post 11/27*

*PC*
*2/20/08*

*Indictment filed, case assigned to Judge Hellerstein.*

*F Maas, USMJ*