**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2008

By Hand

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Handwritten note:* The conf. is cancelled. Sentencing will be considered at a hearing to be held Oct. 3, 2008, at 11:00 a.m.
6.16.08
/s/ AKHellerstein

Re:   **United States v. Lenworth Grant**, 08 Cr. 144 (AKH)

Dear Judge Hellerstein:

On Wednesday, June 11, 2008, pursuant to a referral from your courtroom deputy, the defendant in the above-captioned indictment pled guilty before Magistrate Judge Kevin Nathaniel Fox. The Government has ordered the plea transcript and upon its receipt will provide it to Your Honor, along with a proposed order accepting the plea.

There is a pre-trial conference presently scheduled for 4:00 p.m. on June 18th, 2008; the Government, with the consent of Sabrina P. Shroff, Esq., counsel for the defendant, request that the conference be adjourned. In addition, the parties request that Your Honor schedule a date for sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Nicholas Lewin
Nicholas Lewin
Assistant United States Attorney
Tel.: (212) 637-2337

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

cc (by facsimile):  Sabrina P. Shroff, Esq.