UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :   ORDER

       - v. -                           :   08 Cr. 144 (AKH)

LENWORTH ALPHANSO GRANT,                :

       Defendant.                      :

- - - - - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 11, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          6-27, 2008

                             THE HONORABLE ALVIN K. HELLERSTEIN
                             UNITED STATES DISTRICT JUDGE